

**SO ORDERED,**

Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In re: Nicholas C. Mitchell and Megan A. Mitchell     CASE NO.: 15-11723-JDW
CHAPTER 13

### AGREED ORDER

**THIS MATTER**, came on for the Court's consideration on Objection to Confirmation of Chapter 13 (Dkt# 18), filed by FIRST HERITAGE CREDIT, and the Court being advised of the following:

Debtor did not purchase the 1996 Pondersa Goose Neck Horse Trailer as indicated on the Exhibit attached to the Security Agreement.

**IT IS THEREFORE, ORDERED** that the claim of creditor, FIRST HERITAGE CREDIT shall be treated as all other general unsecured claims.

#END OF ORDER#

**APPROVED:**

___/s/ Joseph Justin Saffle, MSB#102975___
Joseph Justin Saffle
**Attorney for Creditor**

_____
Neal H. Labovitz
**Attorney for Debtors**

G. Adam Sanford
Digitally signed by G. Adam Sanford
DN: cn=G. Adam Sanford, o=Locke D. Barkley, Chapter 13 Trustee, ou=Attorney, email=asanford@barkley13.com, c=US
Date: 2015.07.06 11:45:58 -05'00'

Locke D. Barkley
Trustee

**SUBMTITED BY:**

Brad D. Wilkinson, Esq. (MS Bar #10285)
Joseph Justin Saffle, Esq. (MS Bar #102975)
Wilkinson Law Firm, P.C.
P. O. Box 321408
Flowood, MS  39232
601-355-0005 (t)
601-355-0009 (f)
**ATTORNEYS FOR CREDITORS**