## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: NICHOLAS C. MITCHELL and          CASE NO.:    15-11723-JDW
       MEGAN A. MITCHELL
       DEBTOR(S)                        CHAPTER    13

### NOTICE OF DISBARMENT OF NEAL H. LABOVITZ FROM THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

NOTICE IS HEREBY GIVEN that effective September 18, 2015, pursuant to Order of this Court in *In re Dobbs*, Case No. 15-11096 (Dkt. # 41), Neal H. Labovitz is disbarred from the practice of law in the United States Bankruptcy Court for the Northern District of Mississippi.

**THIS COULD AFFECT YOUR RIGHTS AND RESPONSIBILITIES IN THIS CASE.**

IF YOU ARE THE DEBTOR in this case, you are hereby notified that as of the effective date of disbarment stated above, Neal H. Labovitz will no longer be your lawyer in this case. Mr. Labovitz will no longer contact you about your case and will not file any motions on your behalf. Likewise, he will not respond to any motions filed against you. You may wish to contact another bankruptcy attorney to assist you in this case.

WITH REGARD TO ANY OTHER PARTY IN INTEREST, you are hereby notified that as of the effective date of disbarment stated above, service on Neal H. Labovitz shall no longer be effective in this case. Service of any pleadings, notices, orders, etc., shall be made on the debtor, unless and until substitute counsel appears for the debtor.

Dated: 08/21/15

                David J. Puddister
                Clerk, U. S. Bankruptcy Court
                703 Highway 145 North
                Aberdeen, MS  39730
                Phone: (662) 369-2596